

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| TEXAS DEPARTMENT OF PUBLIC SAFETY, | § | No. 08-13-00117-CV |
| | § | Appeal from |
| Appellant, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| MERARDO BONILLA, | § | (TC # 2011-DCV10226) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., Dissenting